**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Norman IP Holdings, LLC, § § Plaintiff, § § v. § § Canon USA, Inc.; Canon, Inc.; Nikon Inc.; § Nikon Corporation; Nikon Americas Inc.; § Olympus Corporation of the Americas; § Olympus Corp.; Olympus Imaging Corp.; § Olympus Imaging America Inc.; Olympus § America Inc.;  Fujifilm Corporation; Fujifilm § North America Corporation f/k/a Fujifilm § U.S.A., Inc.; Konica Minolta Holdings U.S.A., § Inc.; Konica Minolta Business Solutions § U.S.A., Inc.; Pentax of America, Inc.; Hoya § Corporation; Hoya Corporation USA; Eastman § Kodak Company; Lenovo Group Limited; and § Lenovo (United States) Inc., § § Defendants. § | Civil Action No.6:11-cv-00084 **Jury Trial Demanded** |

**PLAINTIFF NORMAN IP HOLDINGS, LLC'S
RULE 7.1 CORPORATE DISCLOSURE**

Plaintiff, Norman IP Holdings, LLC makes the following disclosure under Rule 7.1 of the Federal Rules of Civil Procedure:

1. Norman IP Holdings, LLC is a Texas corporation with its principal place of business at 100 E. Ferguson, Suite 816, Tyler, Texas 75702.

2. Plaintiff, Norman IP Holdings, LLC has no parent corporation, and no publicly held company owns 10% or more of Norman IP Holdings, LLC's stock.

                                      Respectfully submitted,

Dated:  February 17, 2011        By: /s/ Andrew G. DiNovo
                                      Andrew G.  DiNovo
                                      Texas State Bar No. 00790594
                                      **DiNovo Price Ellwanger & Hardy LLP**
                                      7000 N.  MoPac Expressway, Suite 350
                                      Austin, Texas  78731
                                      Telephone:  (512) 539-2626
                                      Telecopier:  (512) 539-2627

                                      Chester J. Shiu
                                      Texas State Bar No. 24071126
                                      **DiNovo Price Ellwanger & Hardy LLP**
                                      7000 N.  MoPac Expressway, Suite 350
                                      Austin, Texas  78731
                                      Telephone:  (512) 539-2626
                                      Telecopier:  (512) 539-2627